UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-10076-CIV-KING

CHASE HOME FINANCE LLC,

    Plaintiff,
v.

UNKNOWN HEIRS, SCOTT ERWIN FIESLER, FLORIDA DEFAULT LAW GROUP, PL,

    Defendants.
_____/

## ORDER DIRECTING CLERK TO CLOSE CASE

    THIS CAUSE is before the Court *sua sponte*.

    On June 19, 2009, the above-styled action was removed to this Court (DE # 1). The case was then consolidated with 09-civ-10075, another case also before the Court. There is nothing pending in 09-civ-10075. Accordingly, it is

    ORDERED, ADJUDGED, and DECREED that the Clerk of Court be, and the same, is hereby **directed to CLOSE 09-civ-10076.**

    DONE and ORDERED in chambers at the James Lawrence King Federal

Justice Building and United States Courthouse, Miami, Florida, this 22nd day of October, 2009.

                                        JAMES LAWRENCE KING  
                                      UNITED STATES DISTRICT JUDGE

cc:    Clarence Maddox  
       Clerk of Court